CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JOHN B. NARGUIZIAN, in individual and representative capacity as trustee of The Narguizian Family Trust dated June 28, 2000; GEORGETTE S. NARGUIZIAN, in individual and representative capacity as trustee of The Narguizian Family Trust dated June 28, 2000; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a California Corporation; and does 1-10,<br><br>　　　　Defendants. | **Case** 2:20-CV-04991-RGK-SK<br><br>**Joint Stipulation to Vacate Dates Due to Settlement** |

On November 4, 2020, a notice of settlement was filed with this court. The parties now jointly request that the court vacate the case management dates. The parties anticipate being able to consummate the settlement paperwork and file the dismissal within 45 days.

Dated: November 20, 2020　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By:　 /s/Amanda Seabock
　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

| | | |
|---|---|---|
| Dated: November 20, 2020 | | COX, CASTLE & NICHOLSON LLP |

By:   /s/Robert D. Infelise
      Robert D. Infelise
      Attorney for Defendants
      John B. Narguizian, Georgette
      S. Narguizian, The Pep Boys
      Manny Moe & Jack of
      California

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: November 20, 2020      CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff