| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200, |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
|   | Attorneys for Plaintiff |

ROBERT D. INFELISE (SBN: 93876)
rinfelise@coxcastle.com
COX, CASTLE & NICHOLSON LLP
50 California Street, 32nd Floor
San Francisco, California 94111-4710
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
Attorneys for the Defendants
John B. Narguizian, Georgette S. Narguizian, The Pep Boys Manny Moe & Jack of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. NARGUIZIAN, in individual and representative capacity as trustee of The Narguizian Family Trust dated June 28, 2000; GEORGETTE S. NARGUIZIAN, in individual and representative capacity as trustee of The Narguizian Family Trust dated June 28, 2000; THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a California Corporation; and does 1-10,<br><br>　　　　Defendants. | Case: 2:20-CV-04991-RGK-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and
2  between the parties hereto that this action may be dismissed with prejudice
3  as to all parties; each party to bear his/her/its own attorneys' fees and costs.
4  This stipulation is made as the matter has been resolved to the satisfaction of
5  all parties.

7  Dated: December 18, 2020    CENTER FOR DISABILITY ACCESS

9  By:  /s/Amanda Seabock
        Amanda Seabock
10      Attorney for Plaintiff

12 Dated: December 18, 2020    COX, CASTLE & NICHOLSON LLP

14 By:  /s/Robert D. Infelise
        Robert D. Infelise
15      Attorney for Defendants
        John B. Narguizian, Georgette S.
16      Narguizian, The Pep Boys Manny Moe
17      & Jack of California

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Robert D. Infelise , counsel for John B. Narguizian, Georgette S. Narguizian, The Pep Boys Manny Moe & Jack of California, and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 18, 2020        CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
       Amanda Seabock
       Attorney for Plaintiff